1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARC MATA and SLETTA MATA, a
married couple,

          Plaintiffs,

v.

WASTE CONTROL, INC.,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

NO.

COMPLAINT FOR DAMAGES

**JURY DEMANDED**

COME NOW the Plaintiffs, Marc Mata and Sletta Mata, and allege as follows:

## I.    PARTIES

    1.1    Plaintiff Marc Mata is an individual who is now and at all times material hereto has been a resident of Cowlitz County, Washington.

    1.2    Plaintiff Sletta Mata is an individual who is now and at all times material hereto has been a resident of Cowlitz County, Washington.

Law Office of Meredith A Long PLLC
1315 14th Avenue
Longview, WA  98632
(360) 998-3030

1.3    Defendant Waste Control, Inc. is a for-profit corporation with a principal place of business in the State of Texas.

## II.    **JURISDICTION AND VENUE**

2.1    This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. §1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000.

2.2    This Court has personal jurisdiction over Waste Control, Inc.

2.3    Venue is proper in this Court pursuant to 28 U.S.C. §1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

## III.    **ALLEGATIONS**

3.1    On July 3, 2019, at approximately 4:55 p.m., Waste Control employee Scott Caldwell hit Marc Mata's truck with his drop box garbage truck at the intersection of Hudson Street and 3rd Avenue in Longview, Washington.

3.2    At the time Caldwell hit Mr. Mata, Mr. Mata was on duty driving a tow truck for his employer.

3.3    At the time Caldwell hit Mr. Mata, Mr. Mata had a green light to turn West onto Hudson Street while Caldwell had a red light.

3.4    Caldwell drove straight through the red light due to being distracted by his phone in his vehicle.

Law Office of Meredith A Long PLLC
1315 14th Avenue
Longview, WA 98632
(360) 998-3030

3.5     Caldwell owed plaintiff a duty to obey all rules of the road, including following traffic controls and driving with reasonable care and caution.

3.6     At the time Caldwell hit Mr. Mata, he was on duty for his employer, acting within the scope of his employment.

3.7     Caldwell's negligent driving was the direct and proximate cause of various injuries to Mr. Mata and his wife, Sletta.

3.8     In addition to physical injuries, Caldwell's negligent driving caused Mr. Mata a variety of damages including reasonable and necessary medical expenses, pain and suffering, economic loss, diminution of earning capacity, residual permanent symptoms, and such other economic and non-economic damages as shall be established in this proceeding.

3.9     Caldwell's negligent driving caused Mrs. Mata to suffer loss of society.

### IV.     CAUSES OF ACTION

4.1     By this reference, each of the claims asserted in this action incorporates the allegations that precede and follow the claim.

4.2     All the injuries alleged herein were caused by Defendant's negligent conduct.

### V.     CONCLUSION

5.1     Plaintiff seeks a judgment against Waste Control, Inc. as follows:

- Judgment for all damages awardable under the law;
- Prejudgment and post-judgment interest to the extent authorized by law;
- Such other relief as the Court deems just and equitable.

Page 3 – COMPLAINT FOR DAMAGES

Law Office of Meredith A Long PLLC
1315 14th Avenue
Longview, WA  98632
(360) 998-3030

1  DATED this _13th_ day of _September_, 2021.

2

3

4                          By: _____
                              Meredith A. Long, WSB #48961
5                             LAW OFFICE OF MEREDITH A LONG PLLC
                              Co-Counsel for Plaintiffs
6                             1315 14th Avenue
                              Longview, WA  98632
7                             (360) 998-3030
                              attorney.m.long@gmail.com
8

9

10                         By: _____
                              Duane C. Crandall, WSB #10751
11                            CRANDALL O'NEILL, P.S.
                              Co-Counsel for Plaintiffs
12                            1447 3rd Avenue
                              Longview, WA  98632
13                            (360) 425-4470
                              dcrandall@longviewlaw.com
14

15

16

17

18

19

20

21

Page 4 – COMPLAINT FOR DAMAGES                    Law Office of Meredith A Long PLLC
                                                              1315 14th Avenue
                                                           Longview, WA  98632
                                                              (360) 998-3030